UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOMAR RIDDLES,

                     Plaintiff,

     -against-

SALLIE MAE;
ROXANNE REMBIS, Customer Advocate;
HSBC BANK;
THOMAS M. KIMBLE, Vice President; and
JP MORGAN CHASE,

                     Defendants.
------------------------------------------------------------X

**MEMORANDUM AND ORDER**
08-CV-1499 (NG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 23 2008 ★
BROOKLYN OFFICE

**GERSHON, United States District Judge:**

     The court is in receipt of a letter from defendants HSBC Bank requesting leave to file a motion to dismiss the complaint and proposing, on consent of the plaintiff, a briefing schedule with regard to the proposed motion. The request is granted. The parties may proceed to brief the motion as per the following schedule: HSBC Bank shall serve moving papers upon plaintiff on or before May 23, 2008; plaintiff shall serve his opposition upon HSBC Bank on or before June 20, 2008; and HSBC Bank shall serve its reply papers upon plaintiff, as well as file the fully briefed motion with the court, on or before July 7, 2008.

                                **SO ORDERED.**

                                     s/NG

                              **NINA GERSHON**
                              **United States District Judge**

Dated: May 16, 2008
       Brooklyn, New York